IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR392 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EDGAR BARAJAS, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Edgar Barajas (Barajas) (Filing No. 21). Barajas seeks an additional two weeks in which to file pretrial motions in accordance with the progression order. Barajas was provided a previous extension under the condition Barajas file the affidavit required by NECrimR 12.1 and Paragraph 9 of the Progression Order. **See** Filing No. 20. No such affidavit was filed and no such affidavit accompanies this motion. Accordingly, this motion (Filing No. 21) is denied.

**IT IS SO ORDERED.**

DATED this 20th day of December, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge